# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Rivers, Mary Evelyn | § | Case No.  05 B 61088 |
| | | § | |
| | | § | |
| | Debtor | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 10/16/2005 and was converted to chapter 13 on 03/30/2006.

2)   The plan was confirmed on 12/18/2006.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)   The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5)   The case was completed on 02/24/2011.

6)   Number of months from filing or conversion to last payment: 59.

7)   Number of months case was pending: 62.

8)   Total value of assets abandoned by court order: (NA).

9)   Total value of assets exempted: $9,550.00.

10)   Amount of unsecured claims discharged without full payment: $1,902.96.

11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $64,175.00 |
| Less amount refunded to debtor | $25.32 |

**NET RECEIPTS:** $64,149.68

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,200.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $3,684.68 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,884.68

Attorney fees paid and disclosed by debtor          NA

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Home Mortgage Servicing | Secured | $72,278.00 | $81,903.99 | $81,903.99 | $0 | $0 |
| American Home Mortgage Servicing | Secured | $61,061.00 | $64,042.43 | $64,042.43 | $0 | $0 |
| American Home Mortgage Servicing | Secured | $11,813.66 | $11,813.66 | $11,813.66 | $11,813.66 | $0 |
| American Home Mortgage Servicing | Secured | $8,494.98 | $8,494.98 | $8,494.98 | $8,494.98 | $0 |
| City Of Memphis Traffic Bureau | Secured | $0 | $4,864.16 | $4,864.16 | $0 | $0 |
| Household Financial Corporation | Secured | $26,556.00 | $26,556.00 | $26,556.00 | $26,556.00 | $0 |
| Village of Maywood | Secured | $1,951.73 | $1,951.73 | $1,951.73 | $1,951.73 | $0 |
| American Credit Bureau | Unsecured | $134.00 | NA | NA | $0 | $0 |
| American Express Travel Relate | Unsecured | $252.00 | $252.00 | $252.00 | $252.00 | $42.34 |
| Avenue | Unsecured | $0 | NA | NA | $0 | $0 |
| Baker & Miller PC | Unsecured | $0 | NA | NA | $0 | $0 |
| Capital Recovery Systems | Unsecured | $444.00 | $444.46 | $444.46 | $444.46 | $74.74 |
| CB USA Sears | Unsecured | $0 | NA | NA | $0 | $0 |
| City Of Memphis | Unsecured | NA | $36.04 | $36.04 | $36.04 | $6.07 |
| Collection Company Of America | Unsecured | $188.00 | NA | NA | $0 | $0 |
| Credit Acceptance Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $3,372.00 | $3,372.09 | $3,372.09 | $3,372.09 | $566.95 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Discover Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $0 | $442.55 | $442.55 | $442.55 | $74.39 |
| ECast Settlement Corp | Unsecured | $0 | $785.46 | $785.46 | $785.46 | $132.09 |
| ECast Settlement Corp | Unsecured | $0 | $768.07 | $768.07 | $768.07 | $129.11 |
| FCNB Master Trust | Unsecured | $641.00 | $641.75 | $641.75 | $641.75 | $107.91 |
| First Consumers National Bank | Unsecured | $641.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $0 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $305.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $0 | NA | NA | $0 | $0 |
| First USA Bank/Lomas Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Great American Finance Company | Unsecured | $0 | NA | NA | $0 | $0 |
| Guaranty Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| HFC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Bank USA | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC Taxpayer Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $55.00 | NA | NA | $0 | $0 |
| Lane Bryant | Unsecured | $0 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $104.00 | NA | NA | $0 | $0 |
| Montgomery Ward & Co Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| NBGL-Carsons | Unsecured | $0 | NA | NA | $0 | $0 |
| New York & Co | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $377.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $17.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $0 | NA | NA | $0 | $0 |
| Nuvell Credit Company LLC | Unsecured | $0 | NA | NA | $0 | $0 |
| Nuvell Credit Company LLC | Unsecured | $0 | NA | NA | $0 | $0 |
| Overland Bond & Investment Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Overland Bond & Investment Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $0 | $253.92 | $253.92 | $253.92 | $42.68 |
| Resurgent Capital Services | Unsecured | NA | $1,674.81 | $1,674.81 | $1,674.81 | $281.55 |
| Resurgent Capital Services | Unsecured | $0 | $175.95 | $175.95 | $175.95 | $29.56 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| Shell | Unsecured | $118.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $97.00 | $97.58 | $97.58 | $97.58 | $16.56 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $145,946.42 | $0 | $0 |
| Mortgage Arrearage | $46,864.64 | $46,864.64 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $6,815.89 | $1,951.73 | $0 |
| **TOTAL SECURED:** | $199,626.95 | $48,816.37 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $8,944.68 | $8,944.68 | $1,503.95 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,884.68 |
| Disbursements to Creditors | $59,265.00 |
| **TOTAL DISBURSEMENTS:** | $64,149.68 |

UST Form 101-13-FR-S (09/01/2009)

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 11, 2011                    By:  /s/ MARILYN O. MARSHALL
                                                        Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.